Katie Blakey, Esq.
Nevada Bar No. 12701
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201
Telephone: 214.880.8164
Facsimile: 214.279.6216
kblakey@littler.com

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MALCOLM WITHEROW,<br><br>        Plaintiff,<br><br>    v.<br><br>WAL-MART ASSOCIATES, INC., and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 2:26-cv-00034-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

        Plaintiff Malcom Witherow and Defendant Wal-Mart Associates, Inc., by and through their counsel, hereby agree and stipulate to extend the time for Defendant to file an answer to the First Amended Complaint from the current deadline of February 25, 2026, up to and including March 4, 2026.

        The Parties agree that the requested extension is reasonable and necessary because the First Amended Complaint has additional allegations that need time to investigate.

        //

        //

        //

LITTLER
MENDELSON, P.C.
2001 Ross Avenue
Suite 1500
Dallas, TX 75201
214.880.8100

This is the first request for an extension of time to file an answer to the First Amended Complaint. This request is made in good faith and not for the purpose of undue delay.

Dated: February 20, 2026

Respectfully submitted,

/s/ *Lawrence W. Freiman, Esq.*
Lawrence W. Freiman, Esq.
FREIMAN LEGAL

Leah Martin, Esq.
LEAH MARTIN LAW

Attorneys for Plaintiff
MALCOLM WITHEROW

Dated: February 20, 2026

Respectfully submitted,

/s/ *Katie Blakey, Esq.*
Katie Blakey, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

**IT IS SO ORDERED.**

Dated: February 23, 2026

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
2001 Ross Avenue
Suite 1500
Dallas, TX 75201
214.880.8100

2