Kathryn B. Blakey, Esq.
Nevada Bar No. 12701
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201
Telephone: 214.880.8164
Facsimile: 214.279.6216
kblakey@littler.com

Hayley J. Cummings, Esq.
Nevada Bar No. 14858
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue, Suite 200
Las Vegas, NV 89113
Telephone: 702.862.7758
Facsimile: 702.862.8811
hcummings@littler.com

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MALCOLM WITHEROW,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00034-JCM-BNW<br><br>**STIPULATION TO STAY DISCOVERY AND REMAINING PRETRIAL DEADLINES PENDING MEDIATION AND [PROPOSED] ORDER**<br><br>**[FIRST REQUEST TO STAY; SECOND REQUEST TO MODIFY SCHEDULING ORDER]** |

Plaintiff Malcolm Witherow ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and respectfully submit this Stipulation to Stay Discovery and Remaining Pretrial Deadlines Pending Mediation and Proposed Order. In support thereof, the Parties state as follows:

1. Plaintiff filed his First Amended Complaint on February 11, 2026. ECF No. 7. Defendant filed its Answer and Affirmative Defenses on March 4, 2026. ECF No. 11.

2. On April 7, 2026, the Court entered the Parties' Discovery Plan and Scheduling Order. ECF No. 14.

3. Since discovery commenced, the Parties have actively advanced this matter through the exchange of document productions, propounding and responding to written discovery requests, and ongoing efforts to complete fact discovery.

4. The Parties have also engaged in extensive meet-and-confer efforts regarding various discovery matters in an attempt to resolve disputes without the need for Court intervention. Those efforts included coordinating the completion of discovery and addressing scheduling issues as they arose.

5. On July 14, 2026, the Court granted the Parties' first stipulation to extend discovery and entered the current Scheduling Order, ECF No. 18. Under that Order, the remaining deadlines ("Pending Deadlines") are as follows: (a) Discovery Cutoff: October 2, 2026;[1] (b) Dispositive Motions: November 2, 2026; and (c) Joint Pretrial Order: December 2, 2026.

6. While continuing to advance discovery and prepare this matter for adjudication, the Parties also evaluated potential opportunities for resolution. In furtherance of those efforts, and following entry of the current Scheduling Order, the Parties agreed to participate in private mediation.

7. In furtherance of the Parties' agreement, the Parties have coordinated mediator and party availability and finalized a mediation date.

8. This matter is now scheduled to be mediated on October 2, 2026, before Hon. Peggy A. Leen (Ret.) of Advanced Resolution Management ("ARM").

9. In light of the scheduled mediation, and in an effort to conserve party and judicial resources, the Parties respectfully request a temporary stay of the Pending Deadlines. A temporary stay will allow the Parties to focus their efforts on the forthcoming mediation and determine whether this matter can be resolved before completing the remaining discovery and pretrial obligations.

---

[1] Under LR 26-3, September 11, 2026, is the deadline to file a timely request for scheduling relief.

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

10. In support of this request, and pursuant to LR 26-3, the Parties provide the following summary of the discovery completed to date and the discovery that remains outstanding:

a. Discovery Completed. The Parties exchanged Rule 26(a)(1) initial disclosures, and Defendant subsequently served First, Second, and Third Supplemental Initial Disclosures. Plaintiff served First Sets of Interrogatories, Requests for Admission, and Requests for Production, and Defendant served responses and supplemental responses thereto. Defendant also served First Sets of Interrogatories and Requests for Production, to which Plaintiff responded. In addition, the Parties exchanged document productions. The Parties have further engaged in ongoing efforts to complete the remaining discovery, including coordinating deposition scheduling and arranging a meet-and-confer regarding Defendant's Rule 30(b)(6) deposition topics.

b. Discovery Remaining. The primary discovery remaining in this matter consists of party and witness depositions. Plaintiff intends to take Defendant's Rule 30(b)(6) deposition, as well as the depositions of Amanda Martinez, Rowena Marcelino, Christopher Tipton, Jr., and Jarron Johnson. Defendant intends to depose Plaintiff. Depending on the testimony and information obtained through the remaining depositions, the Parties may also conduct limited follow-up discovery, including additional document discovery.

11. Because the Parties are scheduled to participate in mediation on the current discovery cutoff date, they seek a temporary stay before undertaking the remaining depositions and any related follow-up discovery. A stay pending mediation may eliminate the need for further discovery altogether or, at a minimum, substantially narrow the issues requiring further discovery if the matter does not resolve.

///

///

///

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

**NOW THEREFORE**, based upon the foregoing and good cause appearing, the Parties stipulate as follows:

1. Discovery and all remaining pretrial deadlines are stayed pending completion of the Parties' October 2, 2026 mediation.

2. No later than October 16, 2026, the Parties shall file a Joint Status Report advising the Court of the outcome of the mediation, as follows:

a. If the matter resolves at mediation, the Joint Status Report shall advise the Court of the Parties' anticipated timeline for filing dismissal documents.

b. If the matter does not resolve at mediation, the Parties shall file, together with the Joint Status Report, a proposed amended scheduling order. The Parties agree that the proposed amended scheduling order will provide for a sixty (60) day extension of the discovery period following submission of the Joint Status Report, together with corresponding extensions of the remaining case-management deadlines, such that discovery would close on December 16, 2026, dispositive motions would be due on January 15, 2027, and the joint pretrial order would be due on February 14, 2027.

///

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

The Parties submit this stipulation in good faith to provide an opportunity for the matter to be resolved through private mediation before completion of the remaining discovery and pretrial proceedings, and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: September 3, 2026

Respectfully submitted,

*/s/ Lawrence W. Freiman*
Lawrence W. Freiman, Esq.
FREIMAN LEGAL

Leah Martin, Esq.
LEAH MARTIN LAW

*Attorneys for Plaintiff*
MALCOLM WITHEROW

Dated: September 3, 2026

Respectfully submitted,

*/s/ Hayley J. Cummings*
Kathryn B. Blakey, Esq.
Hayley J. Cummings, Esq.
LITTLER MENDELSON P.C.

*Attorney for Defendant*
WAL-MART ASSOCIATES, INC.

**IT IS SO ORDERED.**

Dated: September 4, 2026.

UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800